**Order filed, December 08, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00658-CR
_____

**LAURA  LEA KOLB, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 14CR3253**

---

### ORDER

The reporter's record in this case was due **November 19, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Dale Lee**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM